Dennis P. Conner, Bar No. 283
Keith D. Marr, Bar No. 5999
Gregory G. Pinski, Bar No. 5254
J.R. Conner, Bar No. 36402194
CONNER, MARR & PINSKI, PLLP
520 Third Avenue North
P. O. Box 3028
Great Falls, MT 59403-3028
Telephone:  (406) 727-3550
Facsimile:  (406) 727-1640
dennis@mttrials.com
keith@mttrials.com
greg@mttrials.com
jr@mttrials.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| KAREN E. LAPPI,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD ALLEN BURROWS and<br>DOES 1-5,<br><br>Defendants. | Cause No. <u>CV-22-75-GF-BMM-JTJ</u><br><br>**COMPLAINT**<br>**AND JURY DEMAND** |

COMES NOW Karen Lappi and for her Complaint against Defendant alleges:

**PARTIES**

1.      Plaintiff  Karen Lappi is a citizen and resident of Williams County,

North Dakota.

2.     Defendant Richard Allen Burrows is a citizen and resident of Chester, Chouteau County, Montana, within the Great Falls Division of the United States District Court.

3.     The true names or capacities, whether individual, corporate, associated, affiliated, or otherwise of Defendants DOES 1 through 5, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names.  Upon information and belief, each of Defendants sued herein as a fictitious name is legally responsible in some manner for the events and happenings referred to herein, and Plaintiff will seek leave of Court to amend this Complaint to insert their true names and capacities in place and instead of the fictitious names when the same become known to Plaintiff.

## JURISDICTION AND VENUE

4.     This Court has jurisdiction under 28 U.S.C. §1332 (diversity) because this is a civil action between citizens of different states and the amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. §1332.

5.     This Court has personal jurisdiction over Defendant because he resides in this District and Division and committed a tort in this District and Division.

---

6.      Venue is proper in this Division under L.R. 3.2(b)(1)(A) because the tort herein occurred in this District and Division and Defendant lives in this District and Division.

## FACTUAL BACKGROUND

7.      On or about March 28, 2021, Plaintiff was traveling southbound on Highway 87 near mile marker 36, when she slowed for a law enforcement roadway closure.

8.      As Plaintiff slowed and approached the law enforcement vehicles blocking the roadway, she was rear-ended by Defendant at a high rate of speed.

9.      Defendant was cited for careless driving in violation of § 61-8-302, MCA.

10.     Defendant had a duty to exercise reasonable care, including but not limited to, in how he operated his vehicle.

11.     Defendant breached duties he owed to Plaintiff and was negligent in operating the vehicle he was driving by, *inter alia,* failing to use reasonable care and failing to operate or drive his vehicle on a public highway in a careful and prudent manner so not to unduly or unreasonably endanger the life, limb, or property, of a person entitled to using the highway in violation of § 61-8-302, MCA.

12.     Defendant's breach of those duties, including but not limited to his violation of § 61-8-302, MCA, constitutes negligence *per se*.

13.    As a direct and proximate result of the negligence of Defendant, Plaintiff sustained personal injuries; incurred medical expenses and will continue to incur medical expenses; experienced and will continue to experience physical and mental pain and suffering and emotional distress; suffered and will continue to suffer a loss of her personal and household services; suffered and will continue to suffer loss of established course of life; suffered and will continue to suffer from lost earnings.

WHEREFORE, Plaintiff prays for judgment against Defendant:

1.    For all general and special damages set forth above and allowed by Montana law;

2.    For costs of suit incurred; and

3.    For such other relief as the Court deems just and proper.

DATED this 16th day of August, 2022.

CONNER, MARR & PINSKI, PLLP


BY:   /s/ Gregory G. Pinski
      Gregory G. Pinski
      P. O. Box 3028
      Great Falls, MT 59403-3028
      *Attorneys for Plaintiff*

## <u>JURY DEMAND</u>

Plaintiff demands trial by jury on all issues so triable.

DATED this 16th day of August, 2022.

CONNER, MARR & PINSKI, PLLP

BY:   */s/ Gregory G. Pinski*
       Gregory G. Pinski
       P. O. Box 3028
       Great Falls, MT 59403-3028
       *Attorneys for Plaintiff*