UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

KAREN LAPPI,

                          CAUSE NO. CV-22-75-GF-JTJ

        Plaintiff,

-vs-                        ORDER OF DISMISSAL
                                WITH PREJUDICE

RICHARD ALLEN BURROWS and
DOES 1-5,

        Defendants.

Upon Stipulation by the Plaintiff and Defendant Richard Burrows, acting through their counsel of record, (Doc. 33) and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice and that each of the parties shall bear their own costs and attorney's fees.

Dated this 10th day of April, 2024.

_____
John Johnston
United States Magistrate Judge